JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AC Info Services, LLC, etc.,<br><br>    Plaintiff,<br><br>    v.<br>Pro Point Claim Services, LLC, et al.,<br><br>    Defendant(s).<br>_____ | SACV 11-01284 JVS (MLGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: January 9, 2012

_____
James V. Selna
United States District Judge